B3A (Official Form 3A) (12/07)

# Bankruptcy Court
## Eastern District of Michigan

In re **Ricarlo Erik Flanagan**  
Debtor(s)

Case No. 10 - 63212  
Chapter **7**

### ORDER MODIFYING AND APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$     75    Check one    X    With the filing of the petition, or  
                                               On or before

$     75    on or before    08/21/10

$     149.00    on or before    09/21/10

IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

**Signed on July 22, 2010**

                                                                              **/s/ Thomas J. Tucker**  
                                                                              **Thomas J. Tucker**  
                                                                              **United States Bankruptcy Judge**