B27 (Official Form27) (12/09)

**FILED (I)**

## United States Bankruptcy Court

Eastern        District Of __Michigan__ 2011 OCT 12 A II: 10

In re __Ricardo Flanagan__
                    Debtor

U.S. BANKRUPTCY COURT
E.D. MICHIGAN DETROIT 2
Case No. 10-63212
Chapter __7__

## REAFFIRMATION AGREEMENT COVER SHEET

This form must be completed in its entirety and filed, with the reaffirmation agreement attached, within the time set under Rule 4008. It may be filed by any party to the reaffirmation agreement.

1.  Creditor's Name: __Rehable Auto Finance__

2.  Amount of the debt subject to this reaffirmation agreement:
    $__8814.°°__ on the date of bankruptcy    $__6200.°°__ to be paid under reaffirmation agreement

3.  Annual percentage rate of interest: __25.0__ % prior to bankruptcy
    __18.0__ % under reaffirmation agreement ( __X__ Fixed Rate _____ Adjustable Rate)

4.  Repayment terms (if fixed rate): $__285__ per month for __26__ months

5.  Collateral, if any, securing the debt: Current market value: $__6,200,__ —
    Description: __2002 Ford Taurus__

6.  Does the creditor assert that the debt is nondischargeable? _____ Yes __X__ No
(If yes, attach a declaration setting forth the nature of the debt and basis for the contention that the debt is nondischargeable.)

| Debtor's Schedule I and J Entries | Debtor's Income and Expenses as Stated on Reaffirmation Agreement |
|---|---|
| 7A. Total monthly income from $__1,792__ Schedule I, line 16 | 7B. Monthly income from all $__1,792__ sources after payroll deductions |
| 8A. Total monthly expenses $__2,054__ from Schedule J, line 18 | 8B. Monthly expenses $__1,930__ |
| 9A. Total monthly payments on $__Ø__ reaffirmed debts not listed on Schedule J | 9B. Total monthly payments on $__Ø__ reaffirmed debts not included in monthly expenses |
| | 10B. Net monthly income $__(138)__ (Subtract sum of lines 8B and 9B from line 7B. If total is less than zero, put the number in brackets.) |

11.    Explain with specificity any difference between the income amounts (7A and 7B):

_____

_____

12.    Explain with specificity any difference between the expense amounts (8A and 8B):
       *Rent is 39.⁰⁰ less, Car payments reduced by 85.⁰⁰*

       If line 11 or12 is completed, the undersigned debtor, and joint debtor if applicable, certifies that
any explanation contained on those lines is true and correct.

*Tit E. T*
_____                    _____
Signature of Debtor (only required if          Signature of Joint Debtor (if applicable, and only
line 11 or 12 is completed)                    required if line 11 or 12 is completed)

Other Information

☒    Check this box if the total on line 10B is less than zero. If that number is less than zero, a
presumption of undue hardship arises (unless the creditor is a credit union) and you must explain with
specificity the sources of funds available to the Debtor to make the monthly payments on the
reaffirmed debt: *SEE PART D PG. 8 "DEBTOR EXPECTS A $1.00 RAISE IN ONE MONTH." RK*

Was debtor represented by counsel during the course of negotiating this reaffirmation agreement?
       X Yes            _____No

If debtor was represented by counsel during the course of negotiating this reaffirmation agreement, has
counsel executed a certification (affidavit or declaration) in support of the reaffirmation agreement?
       X Yes            _____No

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## FILER'S CERTIFICATION

       I  hereby certify that the attached agreement is a true and correct copy of the reaffirmation
agreement between the parties identified on this Reaffirmation Agreement Cover Sheet.

*Teresa Fransen*
_____
Signature

*Teresa Fransen, Reliable Auto Finance*
_____
Print/Type Name & Signer's Relation to Case

Form 240 - Reaffirmation Agreement (08/06)

# FILED (I)

☐ Presumption of Undue Hardship
☐ No Presumption of Undue Hardship
(Check box as directed in Part D: Debtor's Statement
in Support of Reaffirmation Agreement.)URT
E.D. MICHIGAN-DETROIT

# UNITED STATES BANKRUPTCY COURT

_Eastern_ District of _Michigan_

In re _Ricardo E Flanagan,_                     Case No. _10-63212_
          Debtor                                              Chapter _7_

## REAFFIRMATION AGREEMENT

*[Indicate all documents included in this filing by checking each applicable box.]*

☐ Part A: Disclosures, Instructions, and
   Notice to Debtor (Pages 1 - 5)
☐ Part B: Reaffirmation Agreement
☐ Part C: Certification by Debtor's
   Attorney
☐ Part D: Debtor's Statement in Support
   of Reaffirmation Agreement

*[File Part E only if debtor was not
represented by an attorney during the
course of negotiating this agreement.]*

☐ Part E: Motion for Court Approval
☐ Proposed Order Approving Reaffirmation

**Name of Creditor:** _Reliable Auto Finance_
☐ *[Check this box if]* Creditor is a Credit Union as defined in §19(b)(1)(a)(iv) of the
Federal Reserve Act

## PART A: DISCLOSURE STATEMENT, INSTRUCTIONS AND NOTICE TO DEBTOR

### 1.   DISCLOSURE STATEMENT

***Before Agreeing to Reaffirm a Debt, Review These Important Disclosures:***

---

**SUMMARY OF REAFFIRMATION AGREEMENT**

This Summary is made pursuant to the requirements of the Bankruptcy Code.

**AMOUNT REAFFIRMED**

The amount of debt you have agreed to reaffirm:          $ _6,200.00_

*The amount of debt you have agreed to reaffirm includes all fees and costs (if any) that
have accrued as of the date of this disclosure. Your credit agreement may obligate you to pay
additional amounts which may come due after the date of this disclosure. Consult your credit
agreement.*

## ANNUAL PERCENTAGE RATE

*[The annual percentage rate can be disclosed in different ways, depending on the type of debt.]*

a. If the debt is an extension of "credit" under an "open end credit plan," as those terms are defined in § 103 of the Truth in Lending Act, such as a credit card, the creditor may disclose the annual percentage rate shown in (I) below or, to the extent this rate is not readily available or not applicable, the simple interest rate shown in (ii) below, or both.

(i) The Annual Percentage Rate disclosed, or that would have been disclosed, to the debtor in the most recent periodic statement prior to entering into the reaffirmation agreement described in Part B below or, if no such periodic statement was given to the debtor during the prior six months, the annual percentage rate as it would have been so disclosed at the time of the disclosure statement: 25.0%.

*— And/Or ---*

(ii) The simple interest rate applicable to the amount reaffirmed as of the date this disclosure statement is given to the debtor: _____%. If different simple interest rates apply to different balances included in the amount reaffirmed, the amount of each balance and the rate applicable to it are:

$ _____ @ _____%;
$ _____ @ _____%;
$ _____ @ _____%.

b. If the debt is an extension of credit other than under than an open end credit plan, the creditor may disclose the annual percentage rate shown in (I) below, or, to the extent this rate is not readily available or not applicable, the simple interest rate shown in (ii) below, or both.

(i) The Annual Percentage Rate under §128(a)(4) of the Truth in Lending Act, as disclosed to the debtor in the most recent disclosure statement given to the debtor prior to entering into the reaffirmation agreement with respect to the debt or, if no such disclosure statement was given to the debtor, the annual percentage rate as it would have been so disclosed: _____%.

*— And/Or ---*

(ii) The simple interest rate applicable to the amount reaffirmed as of the date this disclosure statement is given to the debtor: 18.0 %. If different simple interest rates apply to different balances included in the amount reaffirmed,

the amount of each balance and the rate applicable to it are:

$ _____ @ _____ %;
$ _____ @ _____ %;
$ _____ @ _____ %.

c.  If the underlying debt transaction was disclosed as a variable rate transaction on the most recent disclosure given under the Truth in Lending Act:

The interest rate on your loan may be a variable interest rate which changes from time to time, so that the annual percentage rate disclosed here may be higher or lower.

d.  If the reaffirmed debt is secured by a security interest or lien, which has not been waived or determined to be void by a final order of the court, the following items or types of items of the debtor's goods or property remain subject to such security interest or lien in connection with the debt or debts being reaffirmed in the reaffirmation agreement described in Part B.

Item or Type of Item                Original Purchase Price or Original Amount of Loan

2002 Ford Taurus                      $ 9,222.40
VIN: 180904

*Optional*---At the election of the creditor, a repayment schedule using one or a combination of the following may be provided:

**Repayment Schedule:**

Your first payment in the amount of $ 265.00 is due on 9-10-10 (date), but the future payment amount may be different. Consult your reaffirmation agreement or credit agreement, as applicable.

---Or---

Your payment schedule will be: _____ (number) payments in the amount of $_____ each, payable (monthly, annually, weekly, etc.) on the _____ (day) of each _____ ( week, month, etc.), unless altered later by mutual agreement in writing.

---Or---

A reasonably specific description of the debtor's repayment obligations to the extent known by the creditor or creditor's representative.

## PART B: REAFFIRMATION AGREEMENT.

I (we) agree to reaffirm the debts arising under the credit agreement described below.

1. Brief description of credit agreement:

36 Payments of $ 366.50
interest at 25%.

2. Description of any changes to the credit agreement made as part of this reaffirmation agreement: 26 Payments of $285.00
interest at 18%.

SIGNATURE(S):

Borrower:

_RICARLO FLANAGAN_

(Print Name)

_Ruel G. T_ _____

(Signature)

Date: **9/27/10** _____

Co-borrower, if also reaffirming these debts:

_____

(Print Name)

_____

(Signature)

Date: _____

Accepted by creditor:

_Reliable Auto Finance_ _____

(Printed Name of Creditor)

954 28th St SW Ste 12, Grand Rapids MI
(Address of Creditor)                          49509

_Teresa Fransen_ _____

(Signature)

Teresa Fransen, Recovery mgr

(Printed Name and Title of Individual
Signing for Creditor)

Date of creditor acceptance:

9-15-10 _____

## PART C: CERTIFICATION BY DEBTOR'S ATTORNEY (IF ANY).

*[To be filed only if the attorney represented the debtor in negotiating the reaffirmation agreement.]*

I hereby certify that (1) this agreement represents a fully informed and voluntary agreement by the debtor; (2) this agreement does not impose an undue hardship on the debtor or any dependent of the debtor; and (3) I have fully advised the debtor of the legal effect and consequences of this agreement and any default under this agreement.

☐ *[Check box, if applicable and the creditor is not a Credit Union.]* A presumption of undue hardship has been established with respect to this agreement. In my opinion, however, the debtor is able to make the required payment.

Printed Name of Debtor's Attorney: _ROBERT KEYES_

Signature of Debtor's Attorney: _Robert Keyes_

Date: _9/27/10_

## PART D: DEBTOR'S STATEMENT IN SUPPORT OF REAFFIRMATION AGREEMENT

*[Read and complete numbered paragraphs 1 and 2, OR, if the creditor is a Credit Union and the debtor is represented by an attorney, read the un-numbered paragraph below. Sign the appropriate signature line(s) and date your signature. If you complete paragraphs 1 and 2 and your income less monthly expenses does not leave enough to make the payments under this reaffirmation agreement, check the box at the top of page 1 indicating "Presumption of Undue Hardship." Otherwise, check the box at the top of page 1 indicating "No Presumption of Undue Hardship"]*

1. I believe this reaffirmation agreement will not impose an undue hardship on my dependents or me. I can afford to make the payments on the reaffirmed debt because my monthly income (take home pay plus any other income received) is $ 1,792 and my actual current monthly expenses including monthly payments on post-bankruptcy debt and other reaffirmation agreements total $ 1,930, leaving $ (138) to make the required payments on this reaffirmed debt. I understand that if my income less my monthly expenses does not leave enough to make the payments, this reaffirmation agreement is presumed to be an undue hardship on me and must be reviewed by the court. However, this presumption may be overcome if I explain to the satisfaction of the court how I can afford to make the payments here: _Expect a 1.00 raise in one month which will allow me to pay my expenses._

2. I received a copy of the Reaffirmation Disclosure Statement in Part A and a completed and signed reaffirmation agreement.

Signed: _____
(Debtor)
                9/27/10
(Joint Debtor, if any)

Date: _____

---

— Or —

*[If the creditor is a Credit Union and the debtor is represented by an attorney]*

I believe this reaffirmation agreement is in my financial interest. I can afford to make the payments on the reaffirmed debt. I received a copy of the Reaffirmation Disclosure Statement in Part A and a completed and signed reaffirmation agreement.

Signed: _____
(Debtor)
_____
(Joint Debtor, if any)

Date: 9/27/10

**PART E: MOTION FOR COURT APPROVAL**
*[To be completed and filed only if the debtor is not represented by an attorney in negotiating the reaffirmation agreement.]*

## MOTION FOR COURT APPROVAL OF REAFFIRMATION AGREEMENT

I (we), the debtor(s), affirm the following to be true and correct:

I am not represented by an attorney in connection with this reaffirmation agreement.

I believe this reaffirmation agreement is in my best interest based on the income and expenses I have disclosed in my Statement in Support of this reaffirmation agreement, and because (provide any additional relevant reasons the court should consider):

Therefore, I ask the court for an order approving this reaffirmation agreement.

Signed:_____
                (Debtor)

_____
                (Joint Debtor, if any)

Date:    _____

United States Bankruptcy Court

__Eastern__ District of __Michigan__

In re __Ricarlo E. Flanagan__,     Case No. __10·63212__
Debtor     Chapter __7__

## ORDER APPROVING REAFFIRMATION AGREEMENT

The debtor(s) __Ricarlo Flanagan__ have filed a motion for approval of the
(Name(s) of debtor(s))

reaffirmation agreement dated __9-15-10__ made between the debtor(s) and
(Date of agreement)

__Reliable Auto Finance__. The court held the hearing required by 11 U.S.C. § 524(d)
(Name of creditor)

on notice to the debtor(s) and the creditor on _____.
(Date)


COURT ORDER:    The court grants the debtor's motion and approves the reaffirmation
agreement described above.

BY THE COURT

Date: _____       _United States Bankruptcy Judge_